**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DAVID STONER, | NO. C 03-04622 JW |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |
| v. | |
| SANTA CLARA COUNTY OFFICE OF EDUCATION ET AL, | |
| Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **March 9, 2009 at 10:00 AM** (30 days from date of remand). On or before **February 27, 2009** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: February 4, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Nicklas Arnold Akers nicklas.akers@doj.ca.gov
Marc Joseph Cardinal mjc@devrieslawgroup.com
Jacqueline Dale jacqueline.dale@doj.ca.gov
Mark E. Davis mdavis@ndkylaw.com , dmyers@ndkylaw.com
Lisa Herrick cao.main@sanjoseca.gov
Alex Gene Tse alex.tse@usdoj.gov , claire.muller@usdoj.gov

John David Stoner
1050 Borregas Avenue #14
Sunnyvale, Ca 94089

**Dated: February 4, 2009**                                **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**