IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John David Stoner, | NO. C 03-04622 JW |
|     Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; REFERRING CASE TO ASSIGNED MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
|   v. | |
| Colleen B. Wilcox, et al., | |
|     Defendants. | |

On March 9, 2009, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the conference, the Court orders as follows:

(1) The parties shall appear for a hearing on Defendants' Motion to Dismiss on **April 27, 2009 at 9 a.m.**[1]

(2) The parties shall appear for a subsequent Case Management Conference on **April 27, 2009** following the hearing at 10 a.m. The parties shall file a Joint Case Management Statement on or before later than **April 17, 2009**. The parties' Statement shall discuss, among other things, a proposed schedule for proceeding with this litigation.

---

[1] Please note that this time is an earlier time than what was given at the conference.

(3) The parties are referred to Judge Lloyd for a settlement conference. The parties shall contact Judge Lloyd's Chambers within ten (10) days from the date of this Order to arrange their conference.

Dated: March 25, 2009

　　　　　　　　　　　　　　　　　　　／s／ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alex Gene Tse alex.tse@usdoj.gov
Jacqueline Dale jacqueline.dale@doj.ca.gov
Lisa Herrick cao.main@sanjoseca.gov
Marc Joseph Cardinal mjc@devrieslawgroup.com
Mark E. Davis mdavis@ndkylaw.com
Matthew Joseph Tamel mtamel@ndkylaw.com
Michael John Tonsing mtonsing@lawyer.com
Nicklas Arnold Akers nicklas.akers@doj.ca.gov

**Dated: March 25, 2009**                              **Richard W. Wieking, Clerk**

                                                  **By:**    **/s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California