RECEIVED

2009 APR 22 PM 1:28

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA. S.J.

**DENIED WITHOUT PREJUDICE**
*James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States of America ex rel John David Stoner, Qui Tam Plaintiff<br>Plaintiff(s),<br><br>v.<br><br>Colleen B. Wilcox, Ph.D., Joe Fimiani, and and David Wong, all Individually<br>Defendant(s). | CASE NO. 03-04622 - JW<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

John David Stoner, an active member in good standing of the bar of the Supreme Court. IN, whose business address and telephone number is 1050 Borregas Ave. # 14, Sunnyvale, CA, 94089; Telephone: (408) 734-1730; who has been instructed "to find counsel or. . . obtain pro hac vice admission" 502 F.3d 1116, 1128 (9th Cir.2007); and, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Qui Tam Plaintiff,

IT IS HEREBY ORDERED THAT the application is DENIED without prejudice. The party may submit a renewed application to correct the deficiency.

Dated: July 14, 2009

*James Ware*
James Ware
United States District/Magistrate Judge