UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THE UNITED STATES OF AMERICA,
*Ex. Rel.* JOHN DAVID STONER,

Plaintiff,

V.

COLLEEN B. WILCOX, PH.D., INDIVIDUALLY,
JOE FIMIANI, INDIVIDUALLY, AND
DAVID WONG, INDIVIDUALLY

Defendants.

CASE NO. 5:03-cv-04622 - JW

[~~PROPOSED~~] CONSENT ORDER NOTING SATISFACTION OF JUDGMENT

**CONSENT ORDER**

Pursuant to Civil L.R. 77-2(b), and having considered the request for a consent order by the party plaintiff-appellant in this case, the acknowledgement of receipt of payment and consent to this order by the attorney for the defendants-appellees, this order will be filed noting that the mandate in this case for the payment of costs has been satisfied in full.

Dated: February 10, 2011

*James Ware*
UNITED STATES DISTRICT CHIEF JUDGE